UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADRIAN DARCY SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-cv-1545-SPM |
| | ) |
| AMY FITE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* on appeal. When plaintiff's case was dismissed, the Court certified in writing that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). The Court will therefore deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed *in forma pauperis* on appeal (Docket No. 16) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $505.00 appellate filing fee to the United States Court of Appeals for the Eighth Circuit, or file a motion there for leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 10th day of August, 2017.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE